# Court of Appeals
# of the State of Georgia

ATLANTA,   October 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1202. YOUSIF v. HASSO et al.**

Ban Saman Yousif, acting pro se, filed this appeal from a superior court order granting Liza Hasso's motions for summary judgment and to dismiss claims Yousif brought against her. Yousif's appellate brief lacks an enumeration of errors, a statement of jurisdiction, any legal argument or citation to authority, and any citation the record. Thus, Yousif's brief wholly fails to comply with Court of Appeals Rules 22, 23 (a), and 25 (a), as well as OCGA § 5-6-40, which require the filing of an enumeration of errors.

"The enumeration of errors is the very heart of the appeal procedure," *Taylor v. Columbia County Planning Comm.*, 232 Ga. 155, 157 (205 SE2d 287) (1974), as this Court is a court for the correction of legal error demonstrated by the appellant.

> This Court and the Supreme Court of Georgia have made clear that failure to file an enumeration of errors requires dismissal of an appeal, and that arguments raised in the appellate brief are not made issues on appeal unless they are properly enumerated as error. Therefore, even holding pro se filings to a less stringent standard than if drafted by an attorney, [Yousif] presents nothing of substance on which to support a reversal of the trial court.

(Punctuation and footnotes omitted.) *Riley v. Ga. Dept. of Revenue*, 295 Ga. App. 656, 657 (673 SE2d 49) (2009). See also *Miles v. Emmons*, 234 Ga. App. 487 (507

SE2d 762) (1998). Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 10/29/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*